UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :   Hon. Jose L. Linares

        v.                  :   Crim. No. 04-674 (JLL)

MANUAEL ANTONIO LINARES-SANDOVAL :   <u>CONTINUANCE ORDER</u>

       This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Margaret Ann Mahoney, Assistant U.S. Attorney), and defendant Manuel Antonio Linares-Sandoval (by Anthony Mack, Esq. attorney for defendant) for an order granting a continuance for 60 days of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

       IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

       1.  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time

to finalize a plea agreement, which would render trial of this matter unnecessary;

    2. The grant of a continuance will likely conserve judicial resources;

    3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the 60 day continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 3 day of July 2008,

ORDERED that the period from July 5, 2008 through September 3, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

<br>

                             HON. JOSE L. LINARES
                             United States District Judge

Form and entry consented to:

Margaret Ann Mahoney
Assistant United States Attorney

Peter Carter, AFPD
Counsel for defendant Manuel Antonio Linares-Sandoval
Anthony C. Mack, Esq.