UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Jose L. Linares |
| v. | : | Crim. No. 04-674 (JLL) |
| MANUEL ANTONIO LINARES-SANDOVAL | : | <u>SPEEDY TRIAL ORDER</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Ronald Chillemi, Assistant United States Attorney), and defendant Manuel Antonio Linares-Sandoval (by Anthony Mack, Esquire) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary.

2. The grant of a continuance will likely conserve judicial resources; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___6th___ day of September, 2008,

IT IS ORDERED that the motion is granted and that this action be, and hereby is, continued for the period from September 3, 2008 through and including October 20, 2008; and

IT IS FURTHER ORDERED that the period from September 3, 2008 through and including October 20, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HONORABLE JOSE L. LINARES
United States District Judge

Ronald Chillemi
Assistant United States Attorney

Anthony Mack, Esquire
Counsel to Defendant

3